# Jadeja-Cimone Law, PC

September 10, 2026

**BY ECF**

Honorable Judge Katharine S. Hayden
U.S. District Court for the District of New Jersey
50 Walnut Street Room 4015
Newark, NJ 07101

Re: *PULI v. BLANCHE et al, 2:26-cv-09408-KSH*

**REQUEST TO LIFT STAY AND VOLUNTARY DISMISS HABEAS PETITION**

Dear Judge Katharine S. Hayden:

This office represents Petitioner in the above listed habeas petition. Petitioner respectfully request that the Court lift the stay previously entered in this matter and permit voluntary dismissal of the petition.

The Petitioner has elected to pursue voluntary departure and requires closure of the pending habeas proceedings in order to proceed accordingly. Respondents consent to voluntary dismissal.

I wish to thank the Court for its attention to this matter.

Respectfully submitted,

SO ORDERED this day of September 11, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

By: */s/ Carolyn M. Corrado*
Carolyn M. Corrado, Esq.
Counsel for Petitioner
(516) 414-0080
ccorrado@jadejacimone.com

cc: All Counsel of Record (by ECF)